# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138197 & (20)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LEE HENRY BERRY,
     Defendant-Appellant.

SC: 138197
COA: 287972
Bay CC: 99-001541-FH

_____/

     On order of the Court, the application for leave to appeal the November 18, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The denial is without prejudice to the defendant filing a delayed application for leave to appeal in the Court of Appeals from the Bay Circuit Court's August 26, 2008 order denying relief from judgment under MCR Subchapter 6.500. See MCR 6.509(A); MCR 7.205(F)(3). The motion for resentencing is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

d0615